[No. 38790-1-I.     Division One.     March 9, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. JUAN FRANCISCO FORBES-CASANOVA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-00492-4, Ann Schindler, J., entered May 13, 1996. *Affirmed* by unpublished per curiam opinion.

[No. 38888-6-I.     Division One.     March 9, 1998.]

JAMES A. BOYCE, ET AL., *Respondents*, v. VICTOR L. BENSON, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Skagit County, No. 95-2-00994-1, Stanley K. Bruhn, J., entered June 11, 1996. *Affirmed* by unpublished opinion per Cox, J., concurred in by Kennedy, A.C.J., and Becker, J.

[No. 38901-7-I.     Division One.     March 9, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. JOE NATHAN BOONE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-07046-5, Steven G. Scott, J., entered June 21, 1996. *Affirmed* by unpublished per curiam opinion.

[No. 38909-4-I.     Division One.     March 9, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. ROGER JOSEPH VANPOUCKE, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 96-1-00620-8, Linda C. Krese, J., entered June 25, 1996. *Affirmed* by unpublished opinion per Cox, J., concurred in by Baker, C.J., and Coleman, J.